UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62237-WILLIAMS/SELTZER

BILL TAYLOR,

      Plaintiffs,

vs.

SUNSHINE MARKET, LLC a Florida
Limited Liability Company,
and SF PROPERTY HOLDINGS, INC., a Florida
Corporation,

      Defendant.

_____/

## JOINT STIPULATION TO APPROVE CONSENT DECREE AND TO DISMISS WITH PREJUDICE

Plaintiff, BILL TAYLOR ("Plaintiff"), hereby files this Stipulation seeking the Court's Approval of the Consent Decree and to Dismiss with Prejudice:

1.     Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2.     The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1."

3.     In accordance therewith, the Plaintiff requests that the Court review, approve and ratify the Settlement. Additionally, the Plaintiff requests the Court retain jurisdiction to enforce the terms of the Settlement. *See*

*Association for Disabled Americans v. Key Largo Bay Beach, LLC,* 407 F. Supp 2d 1321 (S.D. Fla. 2005).

4.    As part of the Settlement reached between the Parties, Plaintiff has agreed to dismiss the action with prejudice.  Accordingly, the Plaintiff requests upon the Court's review, approval and ratification of the Settlement, that this matter be dismissed with prejudice.

5.    Accept as otherwise stated in the Settlement, each party to bear their own fees and costs.

6.    As demonstrated by the terms of the Consent Decree, Defendants approve of the relief requested by this Stipulation.

WHEREFORE, the Plaintiff, by and through undersigned counsel, respectfully requests that this Honorable Court enter an Order approving the attached Settlement, dismissing the claims asserted by Plaintiff against Defendants in this action with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully Submitted this 19th day of March, 2012.

/s/ Douglas S. Schapiro

Douglas S. Schapiro, Esq.
Fla. Bar # 54538
Schapiro Law Group, P.L.
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 561-807-7198
Email: Schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on March 19, 2012.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com