UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62237-CV-WILLIAMS

BILL TAYLOR,

    Plaintiff,

vs.

SUNSHINE MARKET, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the parties' Joint Stipulation to Approve Consent Decree and to Dismiss with Prejudice (DE 7). Upon review of the record and the motion, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The Motion to Approve Consent Decree and to Dismiss with Prejudice (DE 7) is **GRANTED**. The Consent Decree (DE 7-1) is **APPROVED**.

(2) This this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees, except as detailed in the Consent Decree. The Clerk of Court is instructed to **CLOSE** this case for administrative purposes. The Court retains jurisdiction to enforce the Consent Decree.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20th day of March, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE